UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23064-Civ-COOKE/TURNOFF

MARK GJOLAJ, on behalf of himself
and all other similarly situated,

 Plaintiff,

vs.

GLOBAL CONCEPTS, LIMITED, INC.,
d/b/a GLOBAL TV CONCEPTS, LTD., *et al*.,

 Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS CASE is before me on the parties' Notice of Settlement. ECF No. 39. The parties have settled this matter, and it will be administratively closed, for administrative purposes only, pending the parties filing a preliminary settlement of all claims and a motion to certify the settlement class, for preliminary approval of the settlement, for appointment of Plaintiff's attorney as Class counsel, and for approval of the notice.

Any party may move to re-open the case should there be a problem in reaching a final settlement agreement. The Clerk shall *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of July 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*